UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CINSIA AND ALFONSO CIOLINO ) | Civil Action No. 1:13-cv-13300 |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| BRIAN CROWLEY, ) | |
| JOHN DOE, ) | |
| FRANK COUSINS Jr., as he is ) | |
| SHERIFF Of ESSEX COUNTY ) | |
| and TOWN OF GLOUCESTER ) | |
| ) | |
| Defendants ) | |

## MOTION TO REASSIGN

The plaintiff hereby respectfully requests that this Honorable Court reassign the instant matter to Judge Nathaniel Gorton. As reasons therefore the plaintiff states as follows:

1. On October 8, 2013 the matter of Fontaine v. Mizzoni, USDC 1:13-CV-12520 was filed in this Court and randomly assigned to Judge Gorton.

2. On December 31, 2013 plaintiff initiated the instant matter, which is related to the Fontaine matter.

3. Plaintiff inadvertently failed to indicate on the civil action cover sheet that the two matters were related.

4. Both matters arise from police action that occurred in the Town of Gloucester on the evening of June 30, 2013.

Therefore, the plaintiff requests that the above captioned matter be reassigned to Judge Gorton so that the cases can be addressed uniformly.

|  |  |
|---|---|
| Dated: December 31, 2013 | RESPECTFULLY SUBMITTED, PLAINTIFFS |
|  | _/s/ *Robert S. Sinsheimer*_____ |
|  | Robert S. Sinsheimer, BBO No. 464940 |
|  | Lauren Thomas, Esq. BBO No. 667973 |
|  | Sinsheimer and Associates |
|  | 92 State Street, 9th Floor |
|  | Boston, MA 02109 |
|  | 617-722-9954 |