**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CINSIA AND ALFONSO CIOLINO**,<br>　　　　　Plaintiffs,<br><br>v.<br><br>**AARON EASTMAN,**<br>**DAVID EARLE, and**<br>**GEORGE GIKAS,**<br>　　　　　Defendants. | C.A. No. 1:13-CV-13300-ADB |

### DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF THE PLAINTIFF'S CASE AND ALL THE EVIDENCE *NUNC PRO TUNC*

Defendants move this Honorable Court to allow their Motion for Judgment as a Matter of Law *nunc pro tunc*.

On the last day of trial testimony, January 21, 2016, pursuant to the electronic clerk's notes for the proceedings held that day (Exhibit A -- Docket Entry No. 123), after the Plaintiff was rested, the Defendants orally filed their Motion for Judgment as a matter of law on the issue of qualified immunity.  The clerk's notes reflect that the "Defendant files motion", but the motion was not electronically filed.  The transcript of that day's proceedings also reflect that the "Defendants move for judgment as a matter of law at the close of the plaintiff's case." (Exhibit B—Trial Transcript, Day 3, pp. 148-149.)

In order to insure for appellate purposes that the docket is clear, Defendants now file this Motion for Directed Verdict *nunc pro tunc* so that for the purposes of appeal, there will be a proper record.

The Plaintiffs assent to the Defendants' Motion.

WHEREFORE, Defendants move this Honorable Court to accept the filing of this Motion for Judgment as a Matter of Law *nunc pro tunc* to January 21, 2016.

| | |
|---|---|
| Assented to: | Respectfully submitted, |
| PLAINTIFFS, | DEFENDANTS, EASTMAN, |
| CINSIA AND ALFONSO CIOLINO, | EARLE AND GIKAS, |
| By their Attorney, | By their Attorney, |
| /s/*Robert S. Sinsheimer* | /s/*Stephen C. Pfaff* |
| _____ | _____ |
| Robert S. Sinsheimer, Esq. | Stephen C. Pfaff (BBO# 553057) |
| Sinsheimer & Associates | Email: Spaff@lccplaw.com |
| 92 State Street, 9th Floor | Louison, Costello, Condon & Pfaff |
| Boston, MA 02109 | 101 Summer Street, 4th Floor |
| | Boston, MA 02110 |
| | (617) 439-0305 |

Date:  February 13, 2017

**CERTIFICATE OF SERVICE**

I, Stephen C. Pfaff, hereby certify that I served electronically and mailing postage prepaid, the foregoing by causing a copy to be directed to:

> Robert S. Sinsheimer, Esq.
> Sinsheimer & Associates
> 92 State Street, 9th Floor
> Boston, MA 02109

Date:  February 13, 2017                         /s/*Stephen C. Pfaff*
                                                 _____
                                                 Stephen C. Pfaff